UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:
GEORGE ALAN OFFENBAKER

CASE NO: 14-52344 G

**Debtor**

## TRUSTEE'S OBJECTION TO CONFIRMATION OF
## DEBTOR'S CHAPTER 13 PLAN

NOW COMES, Mary K. Viegelahn, Chapter 13 Trustee in the above captioned case, and files this Objection to Confirmation of Debtor's Chapter 13 Plan. In support thereof, the Trustee would show the Court the following:

1. On September 17, 2014, the above named Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

2. The Chapter 13 meeting of creditors pursuant to 11 U.S.C. § 341(a) ("341 meeting") was concluded on **December 03, 2014**.

3. Debtor's amended plan provides for direct payment to Money Mart Pawn at $120.00 monthly with collateral listed on Schedule D of tools and electronics. At the 341 meeting of creditors, the Debtor testified he intended to surrender the collateral to Money Mart Pawn so the Trustee questions why the debt is still scheduled and requests the Debtor amend his plan to surrender the collateral.

4. Debtor's amended Schedule I includes gross business income of $3,200.00 with expenses of $1,820.00 for a net monthly income of $1,380.00. The Trustee requests proof of income and expenses to determine if Debtor's proposed plan is feasible and all disposable income is being provided for in the plan pursuant to Bankruptcy Code Section 1325.

5. The Debtor is delinquent in tendering payments that have come due under the plan. According to the Trustee's records, the Debtor is in arrears $2,010.00, through March 18, 2015. The Debtor has shown an inability to fund the plan as proposed. The Debtor has never made a plan payment.

6. Plan confirmation is not recommended. The Trustee reserves the right to amend this objection.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee requests that, the Court deny confirmation of the Debtor(s)' Chapter 13 plan as it fails to meet the requirements set forth in 11 U.S.C. §§ 1325(a)(1), (a)(3), (a)(6) and 521(a)(1), (a)(3),dismiss Debtor(s)' Chapter 13 case; and for such other relief as the Court find just and equitable.

Date: March 18, 2015

/S/

_____
JESSICA L. HANZLIK  TSBN: 24055661
STAFF ATTORNEY FOR THE CHAPTER 13 TRUSTEE
jhanzlik@sach13.com
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216
(210) 824-1460  fax:(210) 824-1328

IN RE:                          CHAPTER 13

**GEORGE ALAN OFFENBAKER**

DEBTOR(S)                  CASE NO.: **14-52344 G**

## CERTIFICATE OF SERVICE
----------------------------------------

I hereby certify that a true and  correct copy of the attached document was served on
**March 18, 2015** by First Class Mail, upon the following:

   Debtor(s):

---

GEORGE ALAN OFFENBAKER
PO BOX 902
HELOTES, TX  78023

Bexar County Precinct 3
8918 Tesoro Dr, Suite 300
San Antonio, TX  78217

Business and Professional Service
621 N Alamo St
San Antonio, Texas 78215
San Antonio,   78215

Capital One
Recovery Department
1957 Westmoreland Road
Richmond, VA  23276-5617

Commonwealth Fin Systems
245 Main St
Dickson City, PA  18519

Attorney For Debtor(s)
MORRIS KIRSCHBERG LAW FIRM PLLC
5835 CALLAGHAN RD STE 100
SAN ANTONIO, TX  78228

Blair/WFNNB
Attn: Account Control
PO Box 182686
Columbus, OH  43218

CMRE Financial Services, Inc.
3075 E. Imperial Hwy, #200
Brea, CA  92821

Comenity Bank/Garden Ridge
Bankruptcy Department
PO Box 182686
Columbus, OH  43218

Donald Jeffrey Combs
706 Country Rd 404
Uvalde, TX  78801

AT&T Mobility II LLC
&#037;AT&T SERVICES INC.
KAREN A. CAVAGNARO - PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER,   07921

Ewald Tractor
29171 Interstate 10 W
Boerne, TX  78006

INTERNAL REVENUE SERVICE
P O BOX 7317
PHILADELPHIA, PA  19101-7317

KM AUTO SALES
2018 HWY 16 NORTH
BANDERA, TX  78003

Liberty Meditation Group
Exchange Parkway Plaza Tower 100
5309 Wurzbach Rd, Ste 200-8
San Antonio, TX 78238

MELVIN THATHIAH
PO BOX 3397
LITTLE ROCK, AR  72203

Money Mart Pawn
11014 Culebra Rd
San Antonio, TX  78254

Pentagon Federal Credit Union
P.O. Box 1400
Alexandria, VA  22313

SYNCB/Mervyns
4125 Windward Plaza
Alpharetta, GA  30005

Team Alamo
Mobile Auto Glass Service
9739 Braun Run
San Antonio, TX 78254

Truxaw Rentals
2305 S. Washington
Beeville, TX  78102

Ford Motor Credit
PO Box 6275
Dearborn, MI  48121

Jorge & Carmen Guel
c/o Ernest G. Valdez
1616 Broadway
San Antonio, TX 78215

LVNV FUNDING LLC
P.O. BOX 10587
GREENVILLE, SC  29603

Lonestar Title Loan
6516 Bandera Rd
San Antonio, TX  78238

Midland Funding, LLC
8875 Aero Dr, Suite 200
San Diego, CA  92123

Office of the Attorney General
Child Support Division
Central File Maintenance MC-57
P.O. Box 12048
Austin,  78711-2048

Raymond Rosales
6107 Geranium
San Antonio, TX 78253

San Tex Rental Co
25518 W Interstate  10
San Antonio, TX  78257

TEXAS WORKFORCE COMMISSION
REGULATORY INTEGRITY DIVISION -
SAU
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY
COLLECTION DIVISION MC 008
P O BOX 12548
AUSTIN, TX  78711-2548

US Attorney Office
601 NW Loop 410, Ste. 600
San Antonio, Texas 78216
San Antonio,   78216

Wells Fargo Bank
Texas Business Banking
P.O. Box 659700
San Antonio, Texas 78286-0700
San Antonio,   78286-0700

WoodForest National Bank
P.O. Box 24459
Houston, Texas 77229
Houston,   77229

INTERNAL REVENUE SERVICE
ATTN: KAREN YOUNG
300 E 8TH STREET
M/S 5022 AUS
AUSTIN, TX 78701

INTEGRITY TEXAS FUNDING
3440 PRESTON RIDGE ROAD #500
ALPHARETTA, GA  30005

Portfolio America Asset Management LLC
Jefferson Capital Systems LLC
P O Box 953185
St. Louis, MO  63195-3185

LVNV Funding LLC its successors and
assigns as
assignee of Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

AT&T MOBILITY II, LLC
ONE ATT WAY, SUITE 3A104
%ATT SERVICES/KAREN A
CAVAGNARO
ATTN:DEBBIE BEEMAN
BEDMINISTER, NJ  07921

West Asset Management
2703 N Highway 75
Sherman, TX  75090

INTERNAL REVENUE SERVICE
P O BOX 7346
CORRESPONDENCE ONLY
PHILADELPHIA, PA  19101-7346

TEXAS WORKFORCE COMMISSION
REGULATORY INTERGRITY DIVISION
SAU
OFFICE OF THE ATTORNEY GENERAL
ATTN: CHARLES BECK
P O BOX 12548
AUSTIN, TX  78711-2548

INTEGRITY TEXAS FUNDING
ATTN: NATALIE DUBOSE
3440 PRESTON RIDGE RD., SUITE 500
ALPHARETTA, GA  30005

PORTFOLIO AMERICA ASSET
MANAGEMENT LLC;
JEFFERSON CAPITAL SYSTEMS LLC
ATTN:JOHNATHAN KIRBY
PO BOX 7999
SAINT CLOUD, MN  56302-9617

LVNV FUNDING LLC, SUCCESSOR AND
ASSIGNEE
CITIBANK, NA/ RESURGENT CAPITAL
SERVICES
ATTN:SUSAN GAINES
PO BOX 10587
GREENVILLE, SC  29603-0587

/S/

_____
JESSICA L. HANZLIK